UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>Defendants. | No.  1:20-cv-01690-DAD-JLT<br><br>ORDER GIVING EFFECT TO JOINT STIPULATION TO SHORTEN TIME AND SETTING HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. No. 5) |

On November 30, 2020, plaintiffs United Farm Workers and UFW Foundation (collectively, "plaintiffs") filed a motion for a preliminary injunction in this action.  (Doc. No. 5.) Therein, plaintiffs seek an order enjoining defendants United States Department of Labor ("DOL") and Secretary Eugene Scalia (collectively, "defendants") from implementing or otherwise taking any action to enforce the final rule amending the DOL's regulations and revising the methodology by which it determines the hourly Adverse Effect Wage Rates, which was published in the Federal Register on November 5, 2020 and is scheduled to become effective on December 21, 2020.  (*Id.* at 1–2); *see also Adverse Effect Wage Rate Methodology for the Temporary Employment of H-2A Nonimmigrants in Non-Range Occupations in the United States*, 85 Fed. Reg. 70445 ("the DOL rule").

1

On November 30, 2020, the parties filed a joint stipulation requesting that the court shorten time to respond to the pending motion.  (Doc. No. 6.)  Because the pending motion is noticed for hearing on January 5, 2021, pursuant to Local Rule 230(c) defendants' opposition would be due December 22, 2020, and plaintiffs' reply would be due December 29, 2020.  (*Id.* at ¶¶ 2, 3.)  In light of the DOL rule going into effect on December 21, 2020, however, the parties have stipulated to shorten defendants' opposition filing deadline to December 7, 2020, and plaintiffs' reply filing deadline to December 11, 2020.  (*Id.* at ¶¶ 4, 5.)

Good cause being shown and on the stipulation of the parties, defendants shall file their opposition to the pending motion for a preliminary injunction by December 7, 2020.  Plaintiffs shall file their reply by December 11, 2020.  A hearing on plaintiffs' motion will be held on December 14, 2020 at 2:30 p.m. PST before District Judge Dale A. Drozd.  The parties must appear by video.  The undersigned's Courtroom Deputy Jami Thorp (jthorp@caed.uscourts.gov) will email the parties with log-in information before the hearing.  Plaintiffs are directed to serve this order on defendants.

IT IS SO ORDERED.

Dated:   **December 1, 2020**                     _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE