# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | Case No.: 1:20-cv-01690 DAD JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT AND TO CONTINUE THE SCHEDULING CONFERENCE |
| v. | |
| THE UNITED STATES DEPARTMENT OF LABOR, et al., | (Doc. 40) |
| Defendants. | |

The parties have stipulated to allow the defendants to respond to the complaint and to continue the scheduling conference (Doc. 40). This will allow this case to be scheduled with the related case (*United Farm Workers v. Perdue*, Case No.:1:20-cv-01452 DAD JLT). Thus, the Court **ORDERS:**

1. The defendants SHALL respond to the complaint no later than March 5, 2021;

2. The scheduling conference is CONTINUED to March 17, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **February 1, 2021**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE