1  Mark Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6031
5  Facsimile: (650) 858-6100

6  *Attorney for Plaintiffs*

7  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General
8  BRAD P. ROSENBERG
   Assistant Branch Director
9  MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
   Trial Attorney
10 United States Department of Justice
   Civil Division, Federal Programs Branch
11 1100 L St. NW
   Washington, DC  20005
12 Tel: (202) 514-2356
   Fax: (202) 616-8470
13 Email: Michael.J.Gaffney@usdoj.gov

14 *Attorneys for Defendants*

15                    IN THE UNITED STATES DISTRICT COURT
16                       EASTERN DISTRICT OF CALIFORNIA
17                                FRESNO DIVISION

| UNITED FARM WORKERS and UFW FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR and MILTON AL STEWART, in his official capacity as Acting United States Secretary of Labor,<br><br>Defendants. | **Case No. 1:20-cv-01690-DAD-JLT**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>(Doc. 42) |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended by sixty (60) days from March 5, 2021 to May 4, 2021.  IT IS HEREBY FURTHER STIPULATED, by and between the parties and subject to the Court's approval, that the scheduling conference currently scheduled for March 17, 2021 be continued to May 17, 2021.  The reasons for this Stipulation are as follows:

1. On November 30, 2020, Plaintiffs filed their Complaint.  ECF 1.

2. Plaintiffs timely served the United States Attorney's Office in the Eastern District of California in Fresno, California with, *inter alia*, the Complaint and civil summons via registered mail on December 1, 2020.  ECF 35 at 1, 35-2 at 6.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and in the absence of an extension, Defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney."  The initial deadline for responding to Plaintiffs' Complaint was therefore February 5, 2021.

4. Pursuant to the parties' stipulation and this Court's February 1, 2021 order, the deadline to respond was extended from February 5, 2021 to March 5, 2021.  ECF 41.

5. On December 23, 2020, the Court granted Plaintiffs' motion for a preliminary injunction. *United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Dec. 23, 2020).  On January 12, 2021, the Court issued a supplemental order regarding preliminary injunctive relief.  *See United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Jan. 12, 2021).

6. On February 23, 2021, the Department of Labor's Employment and Training Administration issued a notice in the Federal Register announcing the 2021 AEWRs applicable to H-2A workers performing agricultural labor or services other than the herding or production of livestock on the range.  86 Fed. Reg. 10,966 (Feb. 23, 2021).  The AEWRs set forth in that notice were effective immediately.

7. On January 20, 2021, new leadership assumed responsibility for the Department of Labor.  To afford these officials sufficient time to become familiar with the issues in this case, including the regulation that is the subject of this litigation, Defendants request a further 60-day extension of the deadline to respond to Plaintiffs' complaint.  Plaintiffs consent to Defendants' requested extension.

STIPULATION & PROPOSED ORDER TO EXTEND DEADLINES    1

8. In light of the requested extension, the parties also agree that the scheduling conference be continued 60 days.

9. This proceeding is exempt from the requirement that parties make initial disclosures under Federal Rule of Civil Procedure 26, because it is "an action for review on an administrative record." Fed. R. Civ. Pro. 26(a)(1)(B)(i)

The Parties therefore stipulate, subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended by sixty (60) days from March 5, 2021 to May 4, 2021. The Parties further stipulate, subject to the Court's approval, that the scheduling conference shall be continued from March 17, 2021 to May 17, 2021.

Dated: March 4, 2021

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

By: /s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

Dated: March 4, 2021   By: /s/ *Mark Selwyn*   (authorized 3/3/21)
MARK SELWYN (SBN 244180)
Wilmer Cutler Pickering Hale and Dorr LLP

*Attorney for Plaintiffs*

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint shall be extended from March 5, 2021 to May 4, 2021, and that the Scheduling Conference currently scheduled for March 17, 2021 shall be continued to May 17, 2021. All associated deadlines, including for submission of the Joint Scheduling Report, are correspondingly extended.

IT IS SO ORDERED.

Dated: __March 4, 2021__            ___/s/ Jennifer L. Thurston___
                                    UNITED STATES MAGISTRATE JUDGE