Mark Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*

BRIAN D. NETTER
Deputy Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: Michael.J.Gaffney@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS and UFW FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR and MILTON AL STEWART, in his official capacity as Acting United States Secretary of Labor,<br><br>Defendants. | **Case No. 1:20-cv-01690-DAD-JLT**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>(Doc. 52) |

IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended by a further sixty (60) days from May 4, 2021 to July 6, 2021. IT IS HEREBY FURTHER STIPULATED, by and between the parties and subject to the Court's approval, that the scheduling conference currently scheduled for May 17, 2021 be continued to July 16, 2021. The reasons for this Stipulation are as follows:

1. On November 30, 2020, Plaintiffs filed their Complaint. ECF 1.

2. Plaintiffs timely served the United States Attorney's Office in the Eastern District of California in Fresno, California with, *inter alia*, the Complaint and civil summons via registered mail on December 1, 2020. ECF 35 at 1, 35-2 at 6.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and in the absence of an extension, Defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney." The initial deadline for responding to Plaintiffs' Complaint was therefore February 5, 2021.

4. Pursuant to the parties' stipulation and this Court's February 1, 2021 order, the deadline to respond was extended from February 5, 2021 to March 5, 2021. ECF 41. Pursuant to the parties' stipulation and this Court's March 4, 2021 order, the deadline to respond was subsequently extended from March 5, 2021 to May 4, 2021. ECF 43.

5. On December 23, 2020, the Court granted Plaintiffs' motion for a preliminary injunction. *United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Dec. 23, 2020). On January 12, 2021, the Court issued a supplemental order regarding preliminary injunctive relief. *See United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Jan. 12, 2021).

6. The Department of Labor did not appeal the Court's preliminary injunction or the supplemental order. The deadlines to appeal these orders have passed. *See* Fed. R. App. P. 4(a)(1)(B).

7. On February 23, 2021, the Department of Labor's Employment and Training Administration issued a notice in the Federal Register announcing the 2021 AEWRs applicable to H-2A workers performing agricultural labor or services other than the herding or production of livestock on the range. 86 Fed. Reg. 10,966 (Feb. 23, 2021). The AEWRs set forth in that notice were effective immediately.

8. On January 20, 2021, new leadership assumed responsibility for the Department of Labor. The Department of Labor is reviewing various policies of the prior administration, including the regulation challenged here.

9. The parties have been actively engaged in settlement discussions. To facilitate those continued discussions, Defendants request a further 60-day extension of the deadline to respond to Plaintiffs' complaint. Plaintiffs consent to Defendants' requested extension.

10. In light of the requested extension, the parties also agree that the scheduling conference be continued 60 days.

11. This proceeding is exempt from the requirement that parties make initial disclosures under Federal Rule of Civil Procedure 26, because it is "an action for review on an administrative record." Fed. R. Civ. Pro. 26(a)(1)(B)(i)

The Parties therefore stipulate, subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended by sixty (60) days from May 4, 2021 to July 6, 2021. The Parties further stipulate, subject to the Court's approval, that the scheduling conference shall be continued from May 17, 2021 to July 16, 2021.

Dated: April 30, 2021

BRIAN D. NETTER
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

By: /s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

Dated: April 30, 2021

By: /s/ *Mark Selwyn* (authorized 4/23/21)
MARK SELWYN (SBN 244180)
Wilmer Cutler Pickering Hale and Dorr LLP

*Attorney for Plaintiffs*

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint shall be extended from May 4, 2021 to July 6, 2021, and that the Scheduling Conference currently scheduled for May 17, 2021 shall be continued to July 16, 2021. All associated deadlines, including for submission of the Joint Scheduling Report, are correspondingly extended.

IT IS SO ORDERED.

Dated: **April 30, 2021**  _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE