Mark Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*

BRIAN D. NETTER
Deputy Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: Michael.J.Gaffney@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | **Case No. 1:20-cv-01690-DAD-JLT**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>Deadline to Respond<br>Current Date:    September 7, 2021<br>Proposed Date:   November 8, 2021<br><br>Scheduling Conference<br>Current Date:    September 14, 2021<br>Proposed Date:   November 15, 2021 |

IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended by a further sixty (60) days from September 7, 2021 to November 8, 2021.  IT IS HEREBY FURTHER STIPULATED, by and between the parties and subject to the Court's approval, that the scheduling conference currently scheduled for September 14, 2021 be continued to November 15, 2021.  The reasons for this Stipulation are as follows:

1. On November 30, 2020, Plaintiffs filed their Complaint.  ECF 1.

2. Plaintiffs timely served the United States Attorney's Office in the Eastern District of California in Fresno, California with, *inter alia*, the Complaint and civil summons via registered mail on December 1, 2020.  ECF 35 at 1, 35-2 at 6.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and in the absence of an extension, Defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney."  The initial deadline for responding to Plaintiffs' Complaint was therefore February 5, 2021.

4. The parties have stipulated to four previous extensions of Defendants' deadline to respond; the current deadline to respond is September 7, 2021.  *See* ECF 84; *see also* ECF 41, 43, 53.

5. On December 23, 2020, the Court granted Plaintiffs' motion for a preliminary injunction.  *United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Dec. 23, 2020).  On January 12, 2021, the Court issued a supplemental order regarding preliminary injunctive relief.  *See United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Jan. 12, 2021).

6. On February 23, 2021, DOL's Employment and Training Administration issued a notice in the Federal Register announcing the 2021 AEWRs applicable to H-2A workers performing agricultural labor or services other than the herding or production of livestock on the range.  86 Fed. Reg. 10,966 (Feb. 23, 2021).  The AEWRs set forth in that notice were effective immediately.

7. DOL is pursuing new rulemaking that would revisit the methodology for setting AEWRs for non-range occupations.  *See Adverse Effect Wage Rate Methodology for the Temporary Employment of H-2A Nonimmigrants in Non-Range Occupations in the United States*, Unified Agenda (Spring 2021), https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1205-AC05.

STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINES

1

8. Accordingly, on August 24, 2021, DOL transmitted to the Office of Management and Budget's Office of Information and Regulatory Affairs ("OIRA") a draft Notice of Proposed Rulemaking. *See Adverse Effect Wage Rate Methodology for the Temporary Employment of H-2A Nonimmigrants in Non-Range Occupations in the United States*, Pending EO 12866 Regulatory Review (Aug. 24, 2021), https://www.reginfo.gov/public/do/eoDetails?rrid=191913.

9. The parties have been actively engaged in discussions to resolve this litigation expeditiously. To facilitate those continued discussions, Defendants request a further 60-day extension of the deadline to respond to Plaintiffs' complaint. Plaintiffs consent to Defendants' requested extension.

10. In light of the requested extension, the parties also agree that the scheduling conference be continued 60 days.

11. This proceeding is exempt from the requirement that parties make initial disclosures under Federal Rule of Civil Procedure 26, because it is "an action for review on an administrative record." Fed. R. Civ. Pro. 26(a)(1)(B)(i).

The Parties therefore stipulate, subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended by a further sixty (60) days from September 7, 2021 to November 8, 2021. The Parties further stipulate, subject to the Court's approval, that the scheduling conference shall be continued from September 14, 2021 to November 15, 2021.

Dated: September 3, 2021

BRIAN D. NETTER
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

By:  /s/ Michael J. Gaffney
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

Dated: September 3, 2021   By:  /s/ Mark Selwyn   (authorized 09/03/21)
MARK SELWYN (SBN 244180)
Wilmer Cutler Pickering Hale and Dorr LLP

*Attorney for Plaintiffs*

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES

2

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint shall be extended from September 7, 2021 to November 8, 2021, and that the Scheduling Conference currently scheduled for September 14, 2021 shall be continued to November 15, 2021.  All associated deadlines, including for submission of the Joint Scheduling Report, are correspondingly extended.

IT IS SO ORDERED.

Dated:   **September 7, 2021**          _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE