IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>                    Defendants. | Case No. 1:20-cv-01690-DAD-JLT<br><br>**~~PROPOSED~~ ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT AND CONTINUING THE SCHEDULING CONFERENCE**<br>(Doc. 87) |

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint shall be extended from November 8, 2021 to January 7, 2022, and that the Scheduling Conference currently scheduled for November 15, 2021 shall be continued to January 14, 2022.  All associated deadlines, including for submission of the Joint Scheduling Report, are correspondingly extended.

IT IS SO ORDERED.

Dated:   **November 5, 2021**          _____ **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE