Mark Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*

BRIAN D. NETTER
Deputy Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: Michael.J.Gaffney@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | **Case No. 1:20-cv-01690-DAD-BAK (EPG)**<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO RESPOND**<br><br><u>Deadline to Respond</u><br>Current Date:    March 8, 2022<br>Proposed Date:   30 days after issuance of an order on Plaintiffs' Motion for Summary Judgment (ECF 90) |

IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended from March 8, 2022 to 30 days after the Court issues a ruling on Plaintiffs' Motion for Summary Judgment, ECF 90.  The reasons for this Stipulation are as follows:

1. On November 5, 2020, DOL published a Final Rule in the Federal Register setting forth a revised methodology for establishing AEWRs under the H-2A program.  85 Fed. Reg. 70,455, 70,448 (Nov. 5, 2020) ("2020 Final Rule").

2. On November 30, 2020, Plaintiffs filed their Complaint.  ECF 1.

3. Plaintiffs timely served the United States Attorney's Office in the Eastern District of California in Fresno, California with, *inter alia*, the Complaint and civil summons via registered mail on December 1, 2020.  ECF 35 at 1, 35-2 at 6.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and in the absence of an extension, Defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney."  The initial deadline for responding to Plaintiffs' Complaint was therefore February 5, 2021.

5. The parties have stipulated to six previous extensions of Defendants' deadline to respond; the current deadline to respond is March 8, 2022.  *See* ECF 93; *see also* ECF 41, 43, 53, 84, 86, 89.

6. On December 23, 2020, the Court granted Plaintiffs' motion for a preliminary injunction. *United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Dec. 23, 2020).  On January 12, 2021, the Court issued a supplemental order regarding preliminary injunctive relief.  *See United Farm Workers v. Dep't of Labor*, No. 20-cv-1690 (E.D. Cal. Jan. 12, 2021).

7. On February 23, 2021, DOL's Employment and Training Administration issued a notice in the Federal Register announcing the 2021 AEWRs applicable to H-2A workers performing agricultural labor or services other than the herding or production of livestock on the range.  86 Fed. Reg. 10,966 (Feb. 23, 2021).  The AEWRs set forth in that notice were effective immediately.

8. On December 1, 2021, DOL published in the Federal Register a Notice of Proposed Rulemaking to revisit the methodology for setting AEWRs for non-range occupations.  *See Adverse Effect Wage Rate Methodology for the Temporary Employment of H-2A Nonimmigrants in Non-Range*

*Occupations in the United States*, 86 Fed. Reg. 68,174 (proposed Dec. 1, 2021) (to be codified at 20 C.F.R. pt. 655).  Public comments on the proposed rule were due on or before January 31, 2022.  *Id.* at 68,175.

9. On January 5, 2022, Plaintiffs filed a Motion for Summary Judgment.  ECF 90.  On January 31, 2022, Defendants filed an opposition.  ECF 95.  Plaintiffs filed a reply on February 8, 2022.  ECF 96.

10. On February 22, 2022, in light of the pending Motion for Summary Judgment, the Court vacated the scheduling conference previously scheduled for March 15, 2022 and ordered the parties to contact the Court within ten days after issuance of a ruling on the Motion for Summary Judgment, if the case is proceeding, to secure a new scheduling conference date.  ECF 97.

11. In light of the pending Motion for Summary Judgment, Defendants request that the deadline to respond to Plaintiffs' complaint be extended to 30 days after the issuance of a ruling on the Motion for Summary Judgment, if the case is proceeding.  Plaintiffs consent to Defendants' requested extension.

The Parties therefore stipulate, subject to the Court's approval, that the deadline for Defendants to respond to Plaintiffs' Complaint, ECF 1, shall be extended from March 8, 2022 to 30 days after the Court issues a ruling on Plaintiffs' Motion for Summary Judgment, ECF 90.

| | |
|---|---|
| Dated: March 7, 2022 | BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>By:  /s/ *Michael J. Gaffney*<br>MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br><br>*Attorneys for Defendants* |
| Dated: March 7, 2022 | By:  /s/ *Mark Selwyn*   (authorized 03/07/22)<br>MARK SELWYN (SBN 244180)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br><br>*Attorney for Plaintiffs* |

2

STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINE TO RESPOND

# **ORDER**

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint shall be extended from March 8, 2022 to 30 days after the Court issues a ruling on Plaintiffs' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: __March 11, 2022__     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE